**FILED**

5/21/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Diya Rattan (312) 469-6052

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NUMBER: 25-CR-277

HENRY LEONEL HERNANDEZ-GALEANO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 21, 2025, at Cook County, IL, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4) | being an alien who previously had been deported and removed from the United States on or about May 18, 2012, September 5, 2012, June 21, 2013, and May 19, 2014, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security |

This criminal complaint is based upon these facts:

 _X_  Continued on the attached sheet.

TRACY L ALTMAN
Digitally signed by TRACY L ALTMAN
Date: 2025.05.21 15:09:20 -05'00'

_____
TRACY L. ALTMAN
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: May 21, 2025

_____
*Judge's signature*

City and state: Chicago, Illinois

JEANNICE W. APPENTENG, U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, TRACY L. ALTMAN, being duly sworn, state as follows:

1.      I am a Special Agent with the Homeland Security Investigations ("HSI") and have been so employed for sixteen years.  My current responsibilities include the investigation of criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. For eleven years, I was assigned to the Document and Benefit Fraud Task Force during which time I was responsible for the investigation of criminal violations involving a myriad of federal programs, to include the Immigration and Nationality Act. I have participated in the execution of multiple federal search warrants and arrest warrants. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws as they pertain to the illegal entry of aliens into the United States.

2.      This affidavit is submitted in support of a criminal complaint alleging that HENRY LEONEL HERNANDEZ-GALEANO has violated Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4), Reentry of Removed Alien, by being present and found in the United States after having previously been removed.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging

HERNANDEZ-GALEANO with reentry of a removed alien, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and by other persons identified in and my review of records maintained by HSI, other components of the Department of Homeland Security ("DHS"), and other government agencies.

4.      According to DHS records, HERNANDEZ-GALEANO is a native and citizen of Honduras and has no claim to United States citizenship or lawful residence.

5.      According to DHS records, on or about May 18, 2012, September 5, 2012, June 21, 2013, and May 19, 2014, HERNANDEZ-GALEANO was ordered removed from the United States to Honduras by U.S. Immigration Officials.

6.      According to DHS records, HERNANDEZ-GALEANO has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

7.      According to HSI Special Agents, on or about May 21, 2025, at approximately 6:45 a.m., HSI Special Agents went to 2624 N. Menard Ave. in Chicago, Illinois, with an administrative warrant for HERNANDEZ-GALEANO's arrest.

8.      According to HSI Special Agents, at approximately 8:45 a.m., an HSI Special Agent saw an individual exit a rear garage door, exit a gate, and go into the

2

alley. The Special Agent called out the name "Henry," and the individual acknowledged the name and went back inside and closed the gate. The individual remained inside the gate and with the gate closed, engaged in conversation with Special Agents. The gate is approximately five feet tall and Special Agents could see the individual over the gate.

9.      HSI Special Agents observed through the gate a Dodge Charger bearing Illinois license plate CE29979, which is registered to HERNANDEZ-GALEANO.

10.      HSI Special Agents observed that the individual that responded to the name "Henry" and that spoke to them over the closed gate appeared to be the same individual photographed in DHS records for HERNANDEZ-GALEANO, the person deported from the United States to Honduras on or about May 18, 2012, September 5, 2012, June 21, 2013, and May 19, 2014.  The individual also appeared to be the same individual photographed in an Illinois state driver's license registered to HERNANDEZ-GALEANO.

11.      According to HSI Special Agents, Special Agents engaged in a conversation with the individual they identified as HERNANDEZ-GALEANO in Spanish and in English. HERNANDEZ-GALEANO confirmed his name is Henry. He confirmed his country of birth is Honduras.

12.      According to HSI Special Agents, Special Agents told HERNANDEZ-GALEANO who they were and that they were there to execute an administrative warrant for his arrest for immigration violations.  An HSI Special Agent handed HERNANDEZ-GALEANO an I-205 form, Warrant for Removal/Deportation, signed

and dated on May 20, 2025. HERNANDEZ-GALEANO said it was fake. HERNANDEZ-GALEANO also stated words to the effect of, he had not broken any laws. Special Agents stated that he had been previously deported four times. HERNANDEZ-GALEANO acknowledged that he had been deported more than once. HERNANDEZ-GALEANO also acknowledged that he has no current legal status in the United States.

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about May 21, 2025 at Cook County, Illinois, in the Northern District of Illinois, Eastern Division, HENRY LEONEL HERNANDEZ-GALEANO, being an alien who was last removed from the United States on or about May 19, 2014, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

TRACY L ALTMAN
Digitally signed by TRACY L ALTMAN
Date: 2025.05.21 15:08:36 -06'00'

TRACY L. ALTMAN
Special Agent, Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone May 21, 2025.

Honorable JEANNICE W. APPENTENG
United States Magistrate Judge

4